UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Kent Mehrkens,  Civil No. 05-1384 (RHK/JSM)

    Plaintiff,  **ORDER**

v.

Art Blank et al.,

    Defendants.

---

    Before the Court are the Objections of the "Federal Defendants"[1] to the December 27, 2005 Order of Magistrate Judge Janie S. Mayeron. Judge Mayeron denied Defendants' Motion to Substitute Parties and granted Plaintiff's Motion to Amend/Correct Complaint. The undersigned has reviewed Judge Mayeron's Order and supporting Memorandum. Neither Motion is "dispositive" and accordingly the standard of review of, or appeal from, such motions is limited. Finding Judge Mayeron's resolution of the Motions to be neither clearly erroneous nor contrary to law, the Order will be affirmed. Defendant is directed to serve the United States Attorney for the District of Minnesota with a copy of the Amended Complaint and file said Amended Complaint with the Clerk of the Court. Service on the United States Attorney will constitute service on the individual Defendants as the United States Attorney has appeared in this action as counsel of record for said individual Defendants.

---

[1] All the named Defendants except the "John Does" and the "Jane Does".

Upon all the files, records and proceedings herein, **IT IS ORDERED**:

1. Defendants' Objections to (appeal from) are **OVERRULED**;

2. The Order appealed from is **AFFIRMED.**

3. Plaintiff shall forthwith file the Amended Complaint with the Clerk of the Court and serve a copy thereof upon the United States Attorney for the District of Minnesota.

Dated: February 14, 2006

        s/ Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge