UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Kent Mehrkens,  Civil No. 05-1384 (RHK/JSM)

    Plaintiff,  **ORDER**

v.

Art Blank et al.,

    Defendants.

---

Before the Court are the Objections of the "Federal Defendants"[1] to the December 27, 2005 Order of Magistrate Judge Janie S. Mayeron.  Judge Mayeron denied Defendants' Motion to Substitute Parties and granted Plaintiff's Motion to Amend/Correct Complaint.  The undersigned has reviewed Judge Mayeron's Order and supporting Memorandum.  Neither Motion is "dispositive" and accordingly the standard of review of, or appeal from, such motions is limited.  Finding Judge Mayeron's resolution of the Motions to be neither clearly erroneous nor contrary to law, the Order will be affirmed and Plaintiff will be directed to serve the United States Attorney for the District of Minnesota and any named Federal employees with a copy of the Amended Complaint and a 60-day summons, and to file said Amended Complaint with the Clerk of the Court.

Upon all the files, records and proceedings herein, **IT IS ORDERED**:

---

[1] All the named Defendants except the "John Does" and the "Jane Does".

2

1. Defendants' Objections to (appeal from) are **OVERRULED**;

2. The Order appealed from is **AFFIRMED**;

3. Plaintiff shall forthwith file the Amended Complaint with the Clerk of the Court and serve a copy thereof upon the United States Attorney for the District of Minnesota and upon any named Federal employees with a 60-day summons in accordance with the provisions of Fed. R. Civ. P. 4; and

4. This Court's February 14, 2006 Order (Doc. No. 32) is **VACATED** and the instant Order substituted therefor.

Dated:  March 6, 2006

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge